No. 450. MAY HOSIERY MILLS *v.* HOLD STITCH FABRIC MACHINE Co. October 21, 1946. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *John J. Hooker* and *A. Yates Dowell* for petitioner. *Cecil Sims* for respondent.

No. 451. BELL *v.* SUPERIOR COURT, LOS ANGELES COUNTY, CALIFORNIA. October 21, 1946. Petition for writ of certiorari to the Supreme Court of California denied. *Russell E. Parsons* and *A. L. Wirin* for petitioner.

No. 455. MARTIN, TRUSTEE, *v.* CAMPANARO ET AL. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Alfred H. Wasserstrom* for petitioner. *Daniel Kornblum* for respondents.

No. 456. WEISS *v.* HOOD, WARDEN. October 21, 1946. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Paul Crutchfield* for petitioner. *Eugene Cook,* Attorney General of Georgia, for respondent.

No. 458. TODD SHIPYARDS CORP. *v.* DE GRAW. October 21, 1946. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Walter H. Jones* for petitioner. *Nathan Rabinowitz* for respondent.